United States Bankruptcy Court
Central District of California

In re:  
Eduardo Suarez  
    Debtor

Case No. 11-17829-EC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: sbeaucham    Page 1 of 1    Date Rcvd: Apr 05, 2011  
                 Form ID: ndwr    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2011.
```
db          +Eduardo Suarez,    2315 Highbury Ave #34,    Los Angeles, CA 90032-4315
smg         ++EMPLOYMENT DEVELOPMENT DEPARTMENT,    STATE OF CALIFORNIA,
              BENEFIT OVERPAYMENT COLLECTION SECTION,    MIC 91,    PO BOX 826218,    SACRAMENTO CA 94230-6218
             (address filed with court:   Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA  94280-0001)
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
cr          +American Home Mortgage Servicing, Inc.,    1525 S. Beltline Road, Suite 100 N,
              Coppell, TX 75019-4913
28672537     AMERICAN HOME MORTGAGE INC,    1525 S BELTLINE RD,    COPPELL TX  75019-4913
28672536    +AMERICAN HOME MORTGAGE INC,    PO BOX 631730,    IRVING TX 75063-0002
28672545    +BANK OF AMERICA - HOME LOANS SERVICES,    450 AMERICAN ST,    SIMI VALLEY CA 93065-6285
28672547     CALIFORNIA F T B,    STATE TAX COLLECTOR,    SACRAMENTO CA
28672549     IRS,    FEDERAL TAX COLLECTOR,    FRESNO CA
28672548     IRS,    FEDERAL TAX COLLECTOR,    LOS ANGELES CA
28672546    +MB FIN SVGS,    36455 CORPORATE DR,    FARMINGTON HILLS MI 48331-3552
28672538    +POWER DEFAULT SERVICES INC,    C/O FIDELITY NATIONAL TITLE COMPANY,
              17592 E 17TH STREET SUITE 300,    TUSTIN CA 92780-7926
28672543    +UNIFUND,    10625 TECHWOODS CIRCLE,    CINCINNATI OH 45242-2846
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          EDI: EDD.COM Apr 06 2011 02:08:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Apr 06 2011 02:08:00      Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,
              Sacramento, CA  95812-2952
28672539    +EDI: AGFINANCE.COM Apr 06 2011 02:08:00      AMERICAN GENERAL FINANCIAL,    PO BOX 3251,
              EVANSVILLE IN 47731-3251
28672540    +EDI: AGFINANCE.COM Apr 06 2011 02:08:00      AMERICAN GENERAL FINANCIAL,    1272 E COLORADO BLVD,
              PASADENA CA 91106-1901
28672541    +EDI: ACCE.COM Apr 06 2011 02:08:00      ASSET ACCEPTANCE LLC,    PO BOX 2036,
              WARREN MI 48090-2036
28672542    +EDI: CHASE.COM Apr 06 2011 02:08:00      CHASE,    PO BOX 15298,    WILMINGTON DE 19850-5298
28672544    +EDI: RMSC.COM Apr 06 2011 02:08:00      GEMB/CARE CREDIT,    PO BOX 981439,    EL PASO TX 79998-1439
                                                                                                TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28672551     LOS ANGELES MUNICIPAL
28672550     LOS ANGELES MUNICIPAL COURT JUDMENT
                                                                                                TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2011**          **Signature:** _Joseph Speetjens_ (signature)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE–FILING

**DEBTOR(S) INFORMATION:**
Eduardo Suarez
**SSN:** xxx–xx–6546
**EIN:** N/A

2315 Highbury Ave #34
Los Angeles, CA 90032

**BANKRUPTCY NO.** 2:11–bk–17829–EC
**CHAPTER** 13

You are notified that an order was entered **DISMISSING** the above–captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

Dated: April 5, 2011

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ndwr rev. 11/97) VAN–18

**11 / SBG**